Scott S. Thomas, Bar No. 21-275
sst@paynefears.com
Sarah J. Odia, Bar No. 21-279
sjo@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTEX HOMES dba CENTEX REAL ESTATE CORPORATION, a Nevada general partnership; CENTEX CONSTRUCTION OF NEW MEXICO, LLC, a foreign limited liability company; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,,<br><br>    Plaintiffs,<br><br>    v.<br><br>PELEUS INSURANCE COMPANY, a Virginia corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as | Case No. 1:22-cv-00037-KWR-SCY<br><br>The Hon. Kea W. Riggs<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY (ECF No. 1) AND DEFENDANT'S COUNTER-CLAIM AGAINST PLAINTIFFS (ECF No. 64)** |

| |
|---|
| Companion Property and Casualty Insurance Company, a Texas corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; WESTFIELD INSURANCE COMPANY, an Ohio corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; STARR SURPLUS LINES INSURANCE COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; UNION STANDARD INSURANCE COMPANY, a Texas corporation; BITCO GENERAL INSURANCE CORPORATION fka BITUMINOUS CASUALTY CORP., an Iowa corporation, <br><br> Defendants. |
| AND RELATED COUNTER-CLAIMS |

**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY (ECF No. 1) AND DEFENDANT'S COUNTER-CLAIM AGAINST PLAINTIFFS (ECF No. 64)**

Pursuant to the Stipulation to Dismiss Plaintiffs' Claims Against Defendant Donegal Mutual Insurance Company fka Mountain States Mutual Casualty Company (ECF No. 1) and Defendant's Counter-Claim Against Plaintiffs (ECF No. 64), filed on August 26, 2022 (ECF No. 153),

**IT IS SO ORDERED** that Plaintiffs' claims against Defendant Donegal Mutual

Insurance Company f/k/a Mountain States Mutual Casualty Company, in the instant matter, Case No. 1:22-cv-00037-KWR-SCY, are **DISMISSED WITH PREJUDICE.** Additionally, Defendant/Counter-Claimant Donegal Mutual Insurance Company f/k/a Mountain States Mutual Casualty Company's claims against Plaintiffs/Counter-Defendants Centex Homes dba Centex Real Estate Corporation, Centex Construction of New Mexico, LLC, and Pulte Development New Mexico, Inc. in Counter-Claimant's Counterclaim for Declaratory Judgment are **DISMISSED WITH PREJUDICE** (ECF No. 64).  Each party shall bear their own attorneys' fees and costs.

**DATED: Monday, August 29, 2022 (08/29/2022)**

                                                      **KEA W. RIGGS**
                                                     **UNITED STATES DISTRICT JUDGE**

Respectfully Submitted By:

PAYNE & FEARS LLP

By:    */s/ Sarah J. Odia*
       Sarah J. Odia, Esq.
       *Admitted Pro Hac Vice*
       4 Park Plaza, Suite 1100
       Irvine, California 92614
       Telephone: (949) 851-1100
       Facsimile: (949) 851-1212
       sjo@paynefears.com
       Attorneys for Plaintiffs