# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTEX HOMES dba CENTEX REAL ESTATE CORPORATION, a Nevada general partnership; CENTEX CONSTRUCTION OF NEW MEXICO, LLC, a foreign limited liability company; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,, <br><br> Plaintiffs, <br><br> v. <br><br> PELEUS INSURANCE COMPANY, a Virginia corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; | Case No. 1:22-cv-00037-KWR-KK <br><br> The Hon. Kea W. Riggs <br><br><br> **ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa.** |

| |
|---|
| WESTFIELD INSURANCE COMPANY, an Ohio corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; STARR SURPLUS LINES INSURANCE COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; UNION STANDARD INSURANCE COMPANY, a Texas corporation; BITCO GENERAL INSURANCE CORPORATION fka BITUMINOUS CASUALTY CORP., an Iowa corporation,<br><br>   Defendants. |

AND RELATED COUNTER-CLAIMS

**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa.**

Pursuant to the Stipulation to Dismiss Plaintiffs' Claims Against Defendant NATIONAL FIRE INSURANCE COMPANY OF PITTSBURGH, Pa. (**Doc. 161**), filed on **October 13, 2022**,

**IT IS SO ORDERED** that Plaintiffs' claims against Defendant NATIONAL FIRE INSURANCE COMPANY OF PITTSBURGH, Pa., in the instant matter, Case No. 1:22-cv-00037-KWR-KK, are **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorneys' fees and costs.

  **IT IS SO ORDERED.**

  **DATED: October 14, 2022 (10/14/2022)**

3

                                              **KEA W. RIGGS**
                                              **UNITED STATES DISTRICT JUDGE**

Respectfully Submitted By:

PAYNE & FEARS LLP


By:   */s/ Sarah J. Odia*
     Sarah J. Odia, Esq.
     4 Park Plaza, Suite 1100
     Irvine, California 92614
     Telephone: (949) 851-1100
     Facsimile: (949) 851-1212
     sjo@paynefears.com
     Attorneys for Plaintiffs