# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTEX HOMES dba CENTEX REAL ESTATE CORPORATION, a Nevada general partnership; CENTEX CONSTRUCTION OF NEW MEXICO, LLC, a foreign limited liability company; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,, <br><br> Plaintiffs, <br><br> v. <br><br> PELEUS INSURANCE COMPANY, a Virginia corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; WESTFIELD INSURANCE COMPANY, an Ohio corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & | Case No. 1:22-cv-00037-KWR-KK <br><br> The Hon. Kea W. Riggs <br><br> **ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANTS STARR INDEMNITY & LIABILITY COMPANY AND STARR SURPLUS LINES INSURANCE COMPANY** |

| |
|---|
| LIABILITY COMPANY, a Texas corporation; STARR SURPLUS LINES INSURANCE COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; UNION STANDARD INSURANCE COMPANY, a Texas corporation; BITCO GENERAL INSURANCE CORPORATION fka BITUMINOUS CASUALTY CORP., an Iowa corporation, <br><br>            Defendants. <br><br> AND RELATED COUNTER-CLAIMS |

### ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANTS STARR INDEMNITY & LIABILITY COMPANY AND STARR SURPLUS LINES INSURANCE COMPANY

Pursuant to the Stipulation to Dismiss Plaintiffs' Claims Against Defendants Starr Indemnity & Liability Company and Starr Surplus Lines Insurance Company (**Doc. 167**) filed on **December 12, 2022**, the Court **FINDS** the parties' Stipulation is **APPROVED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendants Starr Indemnity & Liability Company and Starr Surplus Lines Insurance Company, in the instant matter, Case No. 1:22-cv-00037-KWR-KK, are **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: Tuesday, December 13, 2022 (12/13/2022)

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**

**RESPECTFULLY SUBMITTED BY:**

PAYNE & FEARS LLP


By:   */s/ Sarah J. Odia*
    Sarah J. Odia, Esq.
    4 Park Plaza, Suite 1100
    Irvine, California 92614
    Telephone: (949) 851-1100
    Facsimile: (949) 851-1212
    sjo@paynefears.com
    Attorneys for Plaintiffs