UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTEX HOMES dba CENTEX REAL ESTATE CORPORATION, a Nevada general partnership; CENTEX CONSTRUCTION OF NEW MEXICO, LLC, a foreign limited liability company; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,,<br><br>            Plaintiffs,<br><br>       v.<br><br>PELEUS INSURANCE COMPANY, a Virginia corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; WESTFIELD INSURANCE COMPANY, an Ohio corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & | Case No. 1:22-cv-00037-KWR-KK<br><br>The Hon. Kea W. Riggs<br><br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT COLORADO CASUALTY COMPANY (ECF 180)** |

| |
|---|
| LIABILITY COMPANY, a Texas corporation; STARR SURPLUS LINES INSURANCE COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; UNION STANDARD INSURANCE COMPANY, a Texas corporation; BITCO GENERAL INSURANCE CORPORATION fka BITUMINOUS CASUALTY CORP., an Iowa corporation,<br><br>        Defendants. |
| AND RELATED COUNTER-CLAIMS |

**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT COLORADO CASUALTY COMPANY (ECF 180)**

**PURSUANT TO** the *Stipulation to Dismiss Plaintiffs' Claims Against Defendant Colorado Casualty Company (ECF 1),* filed on **January 23, 2023** (ECF 180),

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendant Colorado Casualty Company, in the instant matter, Case No. 1:22-cv-00037-KWR-KK, are **DISMISSED WITH PREJUDICE.** Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

**DATED: January 23, 2023 (01/23/2023)**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**

**RESPECTFULLY SUBMITTED BY:**

PAYNE & FEARS LLP

By:   */s/ Sarah J. Odia*
      Sarah J. Odia, Esq.
      4 Park Plaza, Suite 1100
      Irvine, California 92614
      Telephone: (949) 851-1100
      Facsimile: (949) 851-1212
      sjo@paynefears.com
      Attorneys for Plaintiffs