# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTEX HOMES dba CENTEX REAL ESTATE CORPORATION, a Nevada general partnership; CENTEX CONSTRUCTION OF NEW MEXICO, LLC, a foreign limited liability company; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,, <br><br> Plaintiffs, <br><br> v. <br><br> PELEUS INSURANCE COMPANY, a Virginia corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; WESTFIELD INSURANCE COMPANY, an Ohio corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; STARR SURPLUS LINES | No. 1:22-cv-00037-KWR-SCY <br><br> The Hon. Kea W. Riggs <br><br> **ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT SENTINEL INSURANCE COMPANY (ECF No. 195)** |

| |
|---|
| INSURANCE COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; UNION STANDARD INSURANCE COMPANY, a Texas corporation; BITCO GENERAL INSURANCE CORPORATION fka BITUMINOUS CASUALTY CORP., an Iowa corporation,<br><br>     Defendants. |
| AND RELATED COUNTER-CLAIMS |

**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT SENTINEL INSURANCE COMPANY (ECF No. 195)**

Pursuant to the Stipulation to Dismiss Plaintiffs' Claims Against Defendant Sentinel Insurance Company filed on **April 17, 2023** (ECF No. 195),

**IT IS SO ORDERED** that all of Plaintiffs' claims brought, or that could have been brought, against Defendant Sentinel Insurance Company, in the instant matter, Case No. 1:22-cv-00037-KWR-SCY, are hereby **DISMISSED WITH PREJUDICE** pursuant to FRCP 41(a)(1) including Plaintiffs' claims for attorney's fees and costs incurred by Plaintiffs in the defense of the Brannan Claim (as defined in Plaintiffs' Complaint) under policies issued to Sandia Decorating. Each party shall bear their own attorneys' fees and costs.

  **DATED: April 18, 2023 (04/18/2023)**

  **IT IS SO ORDERED.**

                  _____
                  **KEA W. RIGGS**
                  **UNITED STATES DISTRICT JUDGE**

**RESPECTFULLY SUBMITTED BY:**

PAYNE & FEARS LLP


By:   */s/ Sarah J. Odia*
     Sarah J. Odia, Esq.
     *Admitted Pro Hac Vice*
     4 Park Plaza, Suite 1100
     Irvine, California 92614
     Telephone: (949) 851-1100
     Facsimile: (949) 851-1212
     sjo@paynefears.com
     Attorneys for Plaintiffs