**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| CENTEX HOMES dba CENTEX REAL ESTATE CORPORATION, a Nevada general partnership; CENTEX CONSTRUCTION OF NEW MEXICO, LLC, a foreign limited liability company; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,, <br><br>       Plaintiffs, <br><br>    v. <br><br> PELEUS INSURANCE COMPANY, a Virginia corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; WESTFIELD INSURANCE COMPANY, an Ohio corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF | No. 1:22-cv-00037-KWR-LF <br><br> The Hon. Kea W. Riggs <br><br> **ORDER REGARDING DISMISSAL OF ALL CLAIMS** |

| |
|---|
| PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; STARR SURPLUS LINES INSURANCE COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; UNION STANDARD INSURANCE COMPANY, a Texas corporation; BITCO GENERAL INSURANCE CORPORATION fka BITUMINOUS CASUALTY CORP., an Iowa corporation, <br><br>                    Defendants. |
| AND RELATED COUNTER-CLAIMS |

## ORDER REGARDING DISMISSAL OF ALL CLAIMS

**TO ALL PARTIES AND THIS HONORABLE COURT:**

Plaintiffs Centex Homes dba Centex Real Estate Corporation, Centex Construction of New Mexico, LLC, and Pulte Development New Mexico, Inc. have provided notice of settlement of their claims against Defendants and **DISMISSES** this entire action **WITH PREJUDICE.**

**IT IS SO ORDERED** that the Clerk of the Court shall, without further notice, **DISMISS WITH PREJUDICE** this entire case pursuant to Federal Rules of Civil Procedure Rule 41. This dismissal is pursuant to settlement reached among the parties.

 DATED: APRIL 25, 2023

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted By:

PAYNE & FEARS LLP

By:   */s/ Sarah J. Odia*
     Sarah J. Odia, Esq.
     *Admitted Pro Hac Vice*
     4 Park Plaza, Suite 1100
     Irvine, California 92614
     Telephone: (949) 851-1100
     Facsimile: (949) 851-1212
     sjo@paynefears.com
     Attorneys for Plaintiffs

4892-8269-5006.1